IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| AMERICAN VEHICULAR SCIENCES, LLC<br><br>vs.<br><br>KIA MOTORS CORPORATION, et al., | §<br>§<br>§<br>§<br>§<br>§ | CASE NO. 6:13cv147 (LEAD) |
| vs.<br><br>AMERICAN HONDA MOTOR CO., INC., et al., | §<br>§<br>§<br>§ | CASE NO. 6:13cv226 (LEAD) |
| vs.<br><br>HYUNDAI MOTOR COMPANY, et al., | §<br>§<br>§ | CASE NO. 6:13cv270 |
| vs.<br><br>HYUNDAI MOTOR COMPANY, et al., | §<br>§<br>§ | CASE NO. 6:12cv774 (LEAD) |

## ORDER

Pursuant to the Court's Order staying further proceeding until the completion of the mandamus proceedings in the Federal Circuit (*American Vehicular Sciences LLC v. Toyota Motor Corporation, et al.*; Case No. 6:12cv404, Doc. No. 244), the Court hereby stays these cases until the conclusion of those proceedings.  At that point, the Court will consider the pending venue transfer and stay motions (Case Nos. 6:13cv147 and 270, Doc. Nos. 43 & 36; Case No. 6:13cv226, Doc. No. 37; Case Nos. 6:12cv774 and 147, Doc. Nos. 119 & 100.).

**So ORDERED and SIGNED this 1st day of May, 2014.**

*[signature]*
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE